IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LARRY HELMICK, et al.,

        Plaintiffs,

v.                                                                                    CIVIL ACTION NO.   2:16-cv-12608

ALLSTATE INSURANCE COMPANY, N.A., et al,

        Defendants.

### ORDER

Plaintiffs have filed a Stipulation of Dismissal, (ECF No. 21), of Defendant Allstate Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a).  The stipulation of dismissal is signed by counsel for all parties.  Accordingly, the Court **ORDERS** that the claims against Defendant Allstate Insurance Company are **DISMISSED WITH PREJUDICE**, each party to bear its own cost.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:   December 26, 2017

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE